IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 4:25-CV-236-Y |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

John Anthony Castro has filed a petition for writ of coram nobis and to modify conditions of supervised release. A writ of coram nobis is "an extraordinary remedy available to a petitioner no longer in custody who seeks to vacate a criminal conviction in circumstances where the petitioner can demonstrate civil disabilities as a consequence of the conviction, and that the challenged error is of sufficient magnitude to justify the extraordinary relief." *United States v. Esogbue*, 357 F.3d 532, 534 (5th Cir. 2004) (quoting *Jimenez v. Trominski*, 91 F.3d 767, 768 (5th Cir. 1986)). Because Petitioner is in custody, he does not qualify to pursue the relief he seeks. (His request to modify conditions of supervised release is the subject of a motion pending in the underlying criminal case, No. 4:24-CR-001-Y.)

The petition for writ of coram nobis is DISMISSED.

**SIGNED** April 3, 2025.

*[signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

2