IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 4:25-CV-236-Y |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

Consistent with the order of dismissal signed and entered this date, the petition for writ of coram nobis filed by John Anthony Castro is DISMISSED.

**SIGNED** April 3, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE